1  Yasha Bronshteyn, Esq.
   Ginzburg & Bronshteyn, LLP
2  11111 Santa Monica Boulevard, Suite 1840
   Los Angeles, CA 90025
3  Tel. (310)914-3222
   Fax (310)914-4242
4  SBN: 210248

5  Julie Cohen Lonstein, Esq.
   Lonstein Law Office, P.C.
6  1 Terrace Hill, P.O. Box 351
   Ellenville, NY 12428
7  Tel. (845) 647-8500
   Fax (845) 647-6277

JS - 6

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

----------------------------------------------------------------

DIRECTV, Inc., a California corporation

                         Plaintiff,

-against-

TIPPAWAN T. DWYER and KENNETH J. SCHWARTZ, Individually, and as officers, directors, shareholders and/or principals of KJTT LLC d/b/a WHISPERZ a/k/a WHISPERZ AFTER DARK a/k/a WHISPERZ BAR & GRILL a/k/a WHISPERZ COCTAILS, and KJTT LLC d/b/a WHISPERZ a/k/a WHISPERZ AFTER DARK a/k/a WHISPERZ BAR & GRILL a/k/a WHISPERZ COCTAILS,

                        Defendants.

---------------------------------------------------------

**ORDER FOR DISMISSAL**

Civil Action No.2-08-CV-960-ABC-JWJ
HON. AUDREY B. COLLINS

The above-styled and numbered cause of action having been filed with the Court, it is, therefore, and the Plaintiff's Motion for Dismissal for all defendants TIPPAWAN T. DWYER and KENNETH J. SCHWARTZ, Individually, and as officers, directors, shareholders and/or principals of KJTT LLC d/b/a WHISPERZ a/k/a WHISPERZ AFTER DARK a/k/a WHISPERZ BAR & GRILL a/k/a WHISPERZ COCTAILS, and KJTT LLC d/b/a WHISPERZ a/k/a WHISPERZ AFTER DARK a/k/a WHISPERZ BAR & GRILL a/k/a WHISPERZ COCTAILS, having been considered, it is

**ORDERED** that the above matter be dismissed with prejudice and without costs to either

party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 3 day of July, 2008.

*/s/ Audrey B. Collins*

**HONORABLE AUDREY B. COLLINS**

United States District Judge